UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Tucker,

                Plaintiff(s),

     -against –

Town of Hyde Park et al,

                Defendant(s).
------------------------------------------------------------X

**O R D E R**

7:22-CV-06835 (CS)

<u>Seibel, J.</u>

    It having been reported to this Court that the claims in this case have been settled, IT IS HEREBY ORDERED that this action is discontinued with prejudice but without costs; provided, however, that if settlement is not consummated within forty-five days of the date of this order, Plaintiff may apply by letter within the forty-five-day period for restoration of the action to the Calendar of the undersigned, in which event the action will be restored.

    **SO ORDERED**.

Dated: May 13, 2024

    White Plains, New York

                                                    _____

                                                    CATHY SEIBEL, U.S.D.J.